Electronically Filed on June 8, 2010

1  BRAD ERIC SCHELER (SBN BS-0397)
2  BONNIE STEINGART (SBN BS-8004)
   **FRIED, FRANK, HARRIS,**
3  **SHRIVER & JACOBSON LLP**
   One New York Plaza
4  New York, NY 10004
5  Telephone: (212) 859-8000
   Facsimile: (212) 859-4000
6  Email: bonnie.steingart@friedfrank.com
           brad.eric.scheler@friedfrank.com
7  *Counsel for the Official Committee*
   *of Unsecured Creditors*
8

   BRETT A. AXELROD (SBN 5859)
   ANNE M. LORADITCH (SBN 8164)
   **FOX ROTHSCHILD LLP**
   3800 Howard Hughes Parkway
   Suite 500
   Las Vegas, Nevada 89169
   Telephone: (702) 262-6899
   Facsimile: (702) 597-5503
   Email: baxelrod@foxrothschild.com
           aloraditch@foxrothschild.com
   *Nevada Counsel for the Official Committee*
   *of Unsecured Creditors*

9                    UNITED STATES BANKRUPTCY COURT

10                       DISTRICT OF NEVADA           3:10-CV-00348

11  In re                                 Chapter 11

12  STATION CASINOS, INC.                 Case Nos. BK-N-09-52470-GWZ
                                          through BK-N-09-52487-GWZ
13
    ☐ Affects this Debutor
14  ☒ Affects all Debtors                 Jointly Administered Under
    ☐ Affects Northern NV Acquisitions, LLC   BK-N-09-52477-GWZ
15  ☐ Affects Reno Land Holdings, LLC
    ☐ Affects River Central, LLC          **NOTICE OF APPEAL**
16  ☐ Affects Tropicana Station, LLC
    ☐ Affects FCP Holding, Inc.           Hearing Date: N/A
17  ☐ Affects FCP Voteco, LLC             Hearing Time: N/A
18  ☐ Affects Fertitta Partners LLC
    ☐ Affects FCP MezzCo Parent, LLC
19  ☐ Affects FCP MezzCo Parent Sub, LLC
20  ☐ Affects FCP MezzCo Borrower VII, LLC
    ☐ Affects FCP MezzCo Borrower VI, LLC
21  ☐ Affects FCP MezzCo Borrower V, LLC
    ☐ Affects FCP MezzCo Borrower IV, LLC
22  ☐ Affects FCP MezzCo Borrower III, LLC
    ☐ Affects FCP MezzCo Borrower II, LLC
23  ☐ Affects FCP MezzCo Borrower I, LLC
24  ☐ Affects FCP PropCo, LLC

                                          ___ FILED      ___ RECEIVED
25                                        ___ ENTERED    ___ SERVED ON
                                                COUNSEL/PARTIES OF RECORD
26
                                                JUN - 9 2010
27
                                          CLERK US DISTRICT COURT
28                                        DISTRICT OF NEVADA
                                          BY: _____ DEPUTY

                                    1

VGI 41545v1 06/08/10

The Official Committee of Unsecured Creditors appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors in possession, including Station Casinos, Inc. ("SCI") and FCP PropCo, LLC ("PropCo" and with SCI, collectively, the "Debtors"), hereby appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(a) from the *Order Establishing Bidding Procedures and Deadlines Relating to Sale Process for Substantially All of the Assets of Station Casinos Inc. and Certain "Opco" Subsidiaries* [Dkt. No. 1563] entered by the United States Bankruptcy Court for the District of Nevada on June 4, 2010, a copy of which is attached hereto as **Exhibit A**.

The names of all parties to the order appealed from and the names, address and telephone numbers of there respective attorneys are as follows:

| PARTY | ATTORNEY(S) |
|---|---|
| SCI | MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>Thomas Kreller, Esq.<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 892-4000<br>-and-<br>LEWIS AND ROCA, LLP<br>Bruce T. Beesley, Esq.<br>50 West Liberty St., Suite 410<br>Reno, NV 89501<br>Tel.: (775) 823-2900 |
| PropCo | GIBSON, DUNN & CRUTCHER LLP<br>Oscar Garza, Esq.<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949)451-3800<br>-and-<br>LEWIS AND ROCA, LLP<br>Bruce T. Beesley, Esq.<br>50 West Liberty St., Suite 410<br>Reno, NV 89501<br>Tel.: (775) 823-2900 |

| | |
|---|---|
| Administrative Agent for the Prepetition Lenders | SIMPSON THACHER & BARTLETT LLP<br>Sandy Qusba, Esq.<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 455-2000<br><br>-and-<br><br>MCDONALD CARANO WILSON LLP<br>Kaaran E. Thomas, Esq.<br>100 West Liberty St., 10th Floor<br>Reno, NV 89501<br>Tel.: (775) 788-2000 |
| Collateral Agent to the CMBS Lenders | SIDLEY AUSTIN LLP<br>Larry J. Nyhan, Esq.<br>1 South Dearborn<br>Chicago, IL. 60603<br>Tel.: (312) 853-7000<br><br>-and-<br><br>LIONEL SAWYER & COLLINS<br>Jennifer A. Smith, Esq.<br>1100 Bank of America Plaza<br>50 W. Liberty Street<br>Reno, NV 89501<br>Tel.: (775) 788-8624 |
| Independent SCI Lenders | STUTMAN, TREISTER & GLATT<br>Eric D. Goldberg, Esq.<br>1901 Avenue of the Stars, Twelfth Floor<br>Los Angeles, CA 90067-6013<br>Tel.: (310) 228-5600<br><br>-and-<br><br>DOWNEY BRAND<br>Sallie B. Armstrong, Esq.<br>427 West Plumb Lane<br>Reno, NV 89509<br>Tel.: 775.329.5900 |
| Fertitta Gaming, LLC | MUNGER, TOLLES & OLSON, LLP<br>John Speigel, Esq.<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 683-9100 |

| Dr. James Nave | SKADDEN, ARPS, SLATE, MEAGHER & KLOM, LLP<br>Eric S. Waxman, Esq.<br>Van C. Durrer, II, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Tel.: (213) 687-5251<br><br>-and-<br><br>JONES VARGAS<br>Janet L. Chubb, Esq.<br>100 West Liberty St.<br>Reno, NV 89501<br>Tel.: (775) 786-5000 |
|---|---|
| Office of the United States Trustee | William Cossitt, Esq.<br>300 Booth Street, Suite 2129<br>Reno, NV 89509<br>Tel.: (775) 784-5052 |

DATED this 8th day of June 2010.

**FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP**

By___*s/Bonnie Steingart*___
   BRAD ERIC SCHELER (SBN BS-0397)
   BONNIE STEINGART (SBN BS-8004)
   One New York Plaza
   New York, New York 10004
   Telephone: (212) 859-8000

**FOX ROTHSCHILD LLP**
BRETT A. AXELROD (SBN 5859)
ANNE M. LORADITCH (SBN 8164)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899

-and-

**QUINN EMANUEL URQUART
& SULLIVAN, LLP**
ERIC D. WINSTON (SBN 202407)
JEANINE M. ZALDUENDO (SBN 243374)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

*Counsel for the Official Committee
of Unsecured Creditors*

3

VG1 41545v1 06/08/10

# EXHIBIT A

**Entered on Docket
June 04, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:   (213) 892-4000
Facsimile:   (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Bruce T. Beesley (NV SBN 1164)
Laury Macauley (NV SBN 11413)
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone:   (775) 823-2900
Facsimile:   (775) 823-2929
bbeesley@lrlaw.com; lmacauley@lrlaw.com

Local Reorganization Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC | Chapter 11<br><br>Case No. BK-09-52477<br>Jointly Administered<br>BK 09-52470 through BK 09-52487<br><br>**ORDER ESTABLISHING BIDDING PROCEDURES AND DEADLINES RELATING TO SALE PROCESS FOR SUBSTANTIALLY ALL OF THE ASSETS OF STATION CASINOS INC. AND CERTAIN "OPCO" SUBSIDIARIES**<br><br>Hearing Date:   May 27 and 28, 2010<br>Place:   300 Booth Street<br>Reno, NV 89509 |

#4823-7512-9606                                         1

1. Upon *Debtors' Motion for Entry of Order Establishing Bidding Procedures and Deadlines Relating to Sale Process for Substantially All of the Assets of Station Casinos, Inc. and Certain "Opco" Subsidiaries*, dated April 7, 2010 (the "Motion");[1] and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:**

    A.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and over the persons and property affected hereby.

    B.    Consideration of the Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2).

    C.    Venue for this case and proceedings on the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

    D.    Under the circumstances, the Court concludes that the notice given by the Debtors of the Motion and the relief requested in the Motion constitutes due, sufficient and appropriate notice and complies with section 102(1) of the Bankruptcy Code, Fed. R. Bankr. P. Rules 2002 and 4001(b), (c) and (d) and the Local Rules of the Court, and that no further notice of, or hearing on, the relief sought in the Motion and the relief granted herein is necessary or required.

    E.    Based on the foregoing, and upon the record made before this Court at the hearing on the Motion (including the oral findings of fact and conclusions of law announced by the Court on May 28, 2010), and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Motion is granted.

    2.    All objections to the Motion that have not been withdrawn, waived, or settled and all reservations of rights included therein, are overruled on the merits.

---

[1] Capitalized terms not otherwise defined herein have the meanings assigned to them in the Motion.

#4823-7512-9606

2

3.     The Bidding Procedures set forth in <u>Exhibit 1</u> annexed hereto and incorporated herein by reference in their entirety are approved and shall be effective and binding on all parties as if such Bidding Procedures were set forth in this Order.

4.     The Opco Debtors are authorized to conduct the Auction in accordance with the provisions of the Bidding Procedures.

5.     The Bidding Procedures Notice annexed hereto as <u>Exhibit 2</u> is approved as adequate and appropriate under the circumstances and the Debtors are directed and authorized to serve the Bidding Procedures Notice within 5 business days of the date this Order is entered.

6.     The Debtors designated as "OpCo Sellers" on Schedule 1 of the Bidding Procedures are authorized to execute the Asset Purchase Agreement described in paragraph D(1) of the Bidding Procedures; <u>provided, however</u>, that (a) such authorization and execution shall not impose any liability or obligation on the part of any Debtor, other than the expense reimbursement provided for in Section 8.3 of the Asset Purchase Agreement, unless and until the Court has entered the Confirmation Order, and (b) this Order shall be without prejudice to the rights of any party in interest to object to the Debtors' consummation of the transactions contemplated by the Asset Purchase Agreement.

7.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order and the Bidding Procedures.

#4823-7512-9606

3

1 | SUBMITTED BY:

2 | Paul S. Aronzon (CA State Bar No. 88781)
3 | Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
4 | 601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
5 |
Reorganization Counsel for
6 | Debtors and Debtors in Possession

7 |
Bruce T. Beesley, #1164
8 | Laury Macauley, #11413
LEWIS AND ROCA LLP
9 | 50 W. Liberty Street, Ste. 410
Reno, NV 89501
10 |
Local Reorganization Counsel
11 | For Debtors and Debtors in Possession

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#4823-7512-9606                4

| | |
|---|---|
| APPROVED/~~DISAPPROVED~~ | APPROVED/~~DISAPPROVED~~ |
| INDEPENDENT LENDERS | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| By   /s/ Eric D. Goldberg | By   /s/ Bonnie Steingart |

| | |
|---|---|
| APPROVED/~~DISAPPROVED~~ | APPROVED/~~DISAPPROVED~~ |
| PROPCO LENDERS | OPCO LENDERS |
| By   /s/ Larry J. Nyhan | By   /s/ Sandeep Qusba |

APPROVED/DISAPPROVED

OFFICE OF THE UNITED STATES TRUSTEE

By _____

### # # #

#4823-7512-9606

5