# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC., and its affiliated debtors-in-possession,<br><br>                        Debtors | Case Nos. BK-09-52470-GWZ<br>through BK-09-52487<br><br>Jointly Administered Under<br>Case No. BK-09-52477-GWZ<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                        Appellant,<br><br>vs.<br><br>STATION CASINOS, INC., et al.<br><br>                        Appellees. | United States District Court<br>Case No.: 3:10-cv-00348-RCJ-VPC<br><br>ORDER OF DISMISSAL |

**TO THE HONORABLE ROBERT C. JONES:**

    The undersigned counsel formerly represented the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of Station Casinos, Inc., and certain of its affiliated debtors-in-possession (the "SCI Debtors").[1]

---

[1] The SCI Debtors are Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; and FCP PropCo, LLC.

1   On August 27, 2010, the Bankruptcy Court entered an order [Bankr. D.I. 2039]
2   confirming the *First Amended Joint Chapter 11 Plan of Reorganization for Station Casinos, Inc.*
3   *and Its Affiliated Debtors* (Dated July 28, 2010) [Bankr. D.I. 2039] (the "SCI Plan) with respect
4   to the SCI Debtors.  The SCI Plan became effective on June 17, 2011.  *See Notice of: (I) Entry of*
5   *Confirmation Order with Respect to Joint Plan; (II) Occurrence on June 17, 2011 of Effective*
6   *Date of (A) SCI Plan With Respect to SCI Debtors and (B) Joint Plan With Respect to Subsidiary*
7   *Debtors and GVR; and (III) Related Bar Dates and Objection Deadline* [Bankr. D.I. 3475].
8   Pursuant to the terms of the SCI Plan, the Committee was dissolved on the effective date of the
9   SCI Plan.
10  On December 14, 2011, the Bankruptcy Court entered an order closing the Chapter 11
11  cases of the SCI Debtors [Bankr. D.I. 4159], a copy of which is attached hereto as Exhibit A.

Given that the Committee has been dissolved and the SCI Debtors' Chapter 11 cases have been closed, the above-captioned appeal should be dismissed.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief District Judge
Dated: This 15th day of March, 2012.

- 3 -