## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC., and its affiliated debtors-in-possession,<br><br>          Debtors | Case Nos. BK-09-52470-GWZ through BK-09-52487<br><br>Jointly Administered Under Case No. BK-09-52477-GWZ<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>          Appellant,<br><br>vs.<br><br>STATION CASINOS, INC., et al.<br><br>          Appellees. | United States District Court<br>Case No.: 3:10-cv-00348-RCJ-VPC<br><br>ORDER OF DISMISSAL |

**TO THE HONORABLE ROBERT C. JONES:**

The undersigned counsel formerly represented the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of Station Casinos, Inc., and certain of its affiliated debtors-in-possession (the "SCI Debtors").[1]

---

[1] The SCI Debtors are Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; and FCP PropCo, LLC.

1      On August 27, 2010, the Bankruptcy Court entered an order [Bankr. D.I. 2039] confirming the *First Amended Joint Chapter 11 Plan of Reorganization for Station Casinos, Inc. and Its Affiliated Debtors* (Dated July 28, 2010) [Bankr. D.I. 2039] (the "SCI Plan) with respect to the SCI Debtors.  The SCI Plan became effective on June 17, 2011.  *See Notice of: (I) Entry of Confirmation Order with Respect to Joint Plan; (II) Occurrence on June 17, 2011 of Effective Date of (A) SCI Plan With Respect to SCI Debtors and (B) Joint Plan With Respect to Subsidiary Debtors and GVR; and (III) Related Bar Dates and Objection Deadline* [Bankr. D.I. 3475]. Pursuant to the terms of the SCI Plan, the Committee was dissolved on the effective date of the SCI Plan.

     On December 14, 2011, the Bankruptcy Court entered an order closing the Chapter 11 cases of the SCI Debtors [Bankr. D.I. 4159], a copy of which is attached hereto as Exhibit A.

Given that the Committee has been dissolved and the SCI Debtors' Chapter 11 cases have been closed, the above-captioned appeal should be dismissed.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief District Judge
Dated: This 15th day of March, 2012.